# Third District Court of Appeal

## State of Florida

Opinion filed February 5, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0666
Lower Tribunal No. 22-7996
_____

## Gold Moon Foundation,
Appellant,

vs.

## Playa Blanca Corporation, et al.,
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Thomas J. Rebull, Judge.

Fowler White Burnett, P.A., and Juan C. Zorrilla and Cameron W. Eubanks, for appellant.

Rivero Mestre LLP, and Robert J. Kuntz, Jr., and Andres Rivero and Allison Henry, for appellee Hector Joseph Dager Gaspard; MPA Law, and Maria Paula Aguila and Monica Amador, for appellee Playa Blanca Corporation.

Before LOGUE, C.J., and LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed. See Fla. R. Civ. P. 1.061(a) (2024); Ryder Truck Rental, Inc. v. Adams, 49 Fla. L. Weekly D1866, *2 (Fla. 3d DCA Sept. 11, 2024) ("We review the [forum non conveniens] order for an abuse of discretion."); Hilton Int'l Co. v. Carrillo, 971 So. 2d 1001, 1005 (Fla. 3d DCA 2008) ("[A] foreign forum is adequate when the parties will not be deprived of all remedies or treated unfairly, even though they may not enjoy the same benefits as they might receive in an American Court[.]" (quoting Ciba–Geigy Ltd. v. Fish Peddler, Inc., 691 So. 2d 1111, 1115 (Fla. 4th DCA 1997))).